# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-2955

_____

Eric C. Burgie,                              *
                                             *
            Appellant,                       *
                                             *   Appeal from the United States
      v.                                     *   District Court for the Eastern
                                             *   District of Arkansas.
Jim R. Hannah, Chief Justice,                *
Arkansas Supreme Court; Donald               *   [UNPUBLISHED]
L. Corbin, Senior Associate Justice,         *
Arkansas Supreme Court; Annabelle            *
Clinton Imber, Associate Justice,            *
Arkansas Supreme Court; Paul E.              *
Danielson, Associate Justice, Arkansas       *
Supreme Court; Jim Gunter, Associate         *
Justice, Arkansas Supreme Court;             *
Robert L. Brown, Associate Justice,          *
Arkansas Supreme Court; Elana Willis,        *
Associate Justice, Arkansas Supreme          *
Court; Sue Newbery, Clerk, Arkansas          *
Supreme Court,                               *
                                             *
            Appellees.                       *

_____

Submitted: January 24, 2011
Filed: January 28, 2011

_____

Before LOKEN, MURPHY, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Eric Burgie appeals following the district court's[1] grant of summary judgment in this 42 U.S.C. § 1983 action against state-court judges and a clerk.

Having reviewed the record de novo, see Bandy-Bey v. Crist, 578 F.3d 763, 765 (8th Cir. 2009) (per curiam) (standard of review), we conclude that the district court properly dismissed the defendant judges based on absolute judicial immunity, and that the court also properly granted summary judgment to the remaining defendant because there was no evidence from which a jury could find in favor of Burgie on his constitutional claims. Specifically, there is no evidence that Burgie was denied access to the courts to present a nonfrivolous legal claim, that he was treated dissimilarly to similarly situated persons, or that he was denied due process. We also find no abuse of discretion in the denial of leave to amend or in the denial of the motions for recusal and for a more definite statement. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Garnett Thomas Eisele, United States District Judge for the Eastern District of Arkansas.